

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2018

No. 04-18-00388-CV

**HARLANDALE INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

**JASMINE ENGINEERING, INC.**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI02459
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to July 31, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court